IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JULIO CESAR CABALLERO BARRAZA and
SARAHI RIVERA FLORES,

    Plaintiffs,

v.                                                      No. 13-cv-1007 KBM/SMV

NEW MEXICO DEP'T OF PUBLIC SAFETY,
GORDEN E. EDEN,
NEW MEXICO STATE POLICE,
ROBERT SHILLING, DAVID MARTINEZ,
JUAN MARTINEZ, CHRIS VALDEZ,
LORENZO AGUIRRE, JOEY GALLEGOS,
MICHAEL DIAS, and CHRIS KASSETAS,

    Defendants.

## ORDER TO SHOW CAUSE

THIS MATTER is before the Court sua sponte. Plaintiffs have failed to take any steps to prosecute their claims for more than 90 days. *See* [Doc. 17] (return of service evidencing that Plaintiffs attempted service on Defendant Dias on January 23, 2014, and filed the return on January 29, 2014). Accordingly, Plaintiffs must show good cause within 30 days why their claims should not be dismissed without prejudice pursuant to D.N.M.LR-Civ. 41.1 (allowing for dismissal where the plaintiff takes no steps to move its case forward for 90 days).

**IT IS THEREFORE ORDERED** that Plaintiffs show cause no later than **May 30, 2014**, why their claims should not be dismissed without prejudice for failure to prosecute under D.N.M.LR-Civ. 41.1.

**IT IS SO ORDERED**.

                                                                             _____
                                                                             **STEPHAN M. VIDMAR**
                                                                             **United States Magistrate Judge**