IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JULIO CESAR CABALLERO BARRAZA and
SARAHI RIVERA FLORES,

    Plaintiffs,

v.                                                                       No. 13-cv-1007 SCY/SMV

NEW MEXICO DEP'T OF PUBLIC SAFETY,
GORDEN E. EDEN,
NEW MEXICO STATE POLICE,
ROBERT SHILLING, DAVID MARTINEZ,
JUAN MARTINEZ, CHRIS VALDEZ,
LORENZO AGUIRRE, JOEY GALLEGOS,
MICHAEL DIAS, and CHRIS KASSETAS,

    Defendants.

## ORDER TO FILE CLOSING DOCUMENTS

The parties notified the Court on August 8, 2014, that they reached a settlement in this matter.

**IT IS THEREFORE ORDERED** that closing documents be filed no later than September 11, 2014, absent a request for an extension and a showing of good cause.

**IT IS SO ORDERED.**

                                                                  _____
                                                                  **STEPHAN M. VIDMAR**
                                                                  **United States Magistrate Judge**