IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JULIO CESAR CABALLERO BARRAZA,
and SARAHI RIVERA FLORES

Plaintiffs,

v.  No. 1:13-cv-01007 SCY-SMV

NEW MEXICO DEPARTMENT OF PUBLIC SAFETY;
GORDEN E. EDEN, Secretary of Department of
Public Safety in his Individual and official capacities;
NEW MEXICO STATE POLICE; CHIEF Chris Kassetas
in his individual and official capacities; Deputy Chief DAVID
MARTINEZ of the Investigations Bureau in his individual and official capacities;
CAPTAIN JUAN MARTINEZ in charge of the North Zone Investigations Bureau in his
individual and official capacities; and
SERGEANT CHRIS VALDEZ in his individual and official
capacities; AGENT LORENZO AGUIRRE in his individual and
official capacities; AGENT JOEY GALLEGOS in his individual
and official capacities; and OFFICER MICHAEL DIAS in his
individual and official capacities,

Defendants.

## STIPULATED ORDER OF DISMISSAL

THIS MATTER comes before the Court upon the Joint Motion to Dismiss with Prejudice by Plaintiffs Julio Cesar Caballero Barraza and Sarahi Rivera Flores, and the Defendants, Gorden E. Eden, Chief Chris Kassetas, Deputy Chief David Martinez, Captain Juan Martinez, Sergeant Chris Valdez, Agent Lorenzo Aguirre, Agent Joey Gallegos, and Officer Michael Dias, the Court having reviewed the Joint Motion to Dismiss, noting the concurrence of the parties, and being fully advised in the premises, FINDS that the Joint Motion is well taken and should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Plaintiffs' Complaint against Defendants, Gorden E. Eden, Chief Chris Kassetas, Deputy Chief David Martinez, Captain Juan Martinez, Sergeant Chris Valdez, Agent Lorenzo Aguirre, Agent Joey

Gallegos, and Officer Michael Dias are hereby dismissed with prejudice, with each party to bear their own costs and attorney fees.

/s/ James A. Parker
_____
SENIOR UNITED STATES DISTRICT JUDGE

Approved as to form by:

**Noble & Vrapi, P.A.**

*/s/    Approved via email on August 19, 2014*
Jessica K Miles
Olsi Vrapi
*Attorneys for Plaintiffs*
4253 Montgomery Blvd. Suite 240
Albuquerque, NM 87109

**Jarmie & Associates**

*/s/    Telephonically approved on August 19, 2014*
Mark D. Jarmie
514 Marble Ave. NW
Albuquerque, NM 87102
*Attorney for Defendants DPS, Secretary Eden, Chief Schilling, and Major David Martinez and Captain Juan Martinez*

**Doughty, Alcaraz & deGraauw, P.A.**

*/s/    Telephonically approved on August 19, 2014*
Robert M. Doughty III
20 First Plaza NW, Suite 412
Albuquerque, NM 87102
*Attorney for Defendant Michael Diaz*

**Law Office of Michael Dickman**

*/s/     Approved via email on August 19, 2014*
Michael Dickman
701 W Manhattan Ave
Santa Fe, NM 87501
*Attorney for Defendant Joey Gallegos*


**Narvaez Law Firm, P.A.**

*/s/ Henry F. Narvaez*
Henry F. Narvaez
Fernando C. Palomares
P.O. Box 25967
Albuquerque, New Mexico 87125-0967
*Attorneys for Defendants*
*Chris Valdez and Lorenzo Aguirre*