IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JULIO CESAR CABALLERO BARRAZA,
and SARAHI RIVERA FLORES

Plaintiffs,

v.  No. 1:13-cv-01007 JAP-SMV

NEW MEXICO DEPARTMENT OF PUBLIC SAFETY;
GORDEN E. EDEN, Secretary of Department of
Public Safety in his Individual and official capacities;
NEW MEXICO STATE POLICE; CHIEF Chris Kassetas
in his individual and official capacities; Deputy Chief DAVID
MARTINEZ of the Investigations Bureau in his individual and official capacities;
CAPTAIN JUAN MARTINEZ in charge of the North Zone Investigations Bureau in his
individual and official capacities; and
SERGEANT CHRIS VALDEZ in his individual and official
capacities; AGENT LORENZO AGUIRRE in his individual and
official capacities; AGENT JOEY GALLEGOS in his individual
and official capacities; and OFFICER MICHAEL DIAS in his
individual and official capacities,

Defendants.

## STIPULATED ORDER OF DISMISSAL

THIS MATTER comes before the Court upon the Joint Motion to Dismiss with Prejudice by Plaintiffs Julio Cesar Caballero Barraza and Sarahi Rivera Flores, and Defendant, the New Mexico Department of Public Safety, including its component, the New Mexico State Police Department, the Court having reviewed the Joint Motion to Dismiss, noting the concurrence of the parties, and being fully advised in the premises, FINDS that the Joint Motion is well taken and should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Plaintiffs' Complaint against Defendant, the New Mexico Department of Public Safety, including its

1

component, the New Mexico State Police Department are hereby dismissed with prejudice, with each party to bear their own costs and attorneys' fees.

_____
**JAMES A. PARKER**
**UNITED STATES MAGISTRATE JUDGE**

Submitted by:

**Noble & Vrapi, P.A.**


*/s/ Signed electronically on 9/17/14*
Jessica K Miles
Olsi Vrapi
*Attorneys for Plaintiffs*
4253 Montgomery Blvd. Suite 240
Albuquerque, NM 87109

Approved as to form:

**Jarmie & Associates**


*Approved on September 15, 2014 via email*
Mark D. Jarmie
514 Marble Ave. NW
Albuquerque, NM 87102
*Attorney for Defendants DPS, Secretary Eden, Chief Schilling, and Major David Martinez and Captain Juan Martinez*